# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JESYCA PITTMAN**                                                                                                 **PLAINTIFF**

**v.**                                 **Case No. 4:18-cv-00415 KGB**

**SHARK BITES, INC.,** *et al.*                                                                       **DEFENDANTS**

## ORDER

This matter is currently set for trial the week of September 16, 2019. On the Court's own motion, the Court removes this case from the trial calendar. The Court has been in informal communication with counsel for plaintiff and counsel for the defendants regarding the current status of this matter. The Court understands that, despite diligent efforts, all parties agree that they are not ready for trial. A new trial date will be set by separate scheduling order.

It is so ordered this 13th day of September 2019.

_____
Kristine G. Baker
United States District Judge